UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 3, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERICKA IESHA THOMAS,

        Defendant.

Case No.  2:23-mj-00031-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERICKA IESHA THOMAS, Case No. 2:23-mj-00031-JDP, Charge 21 U.S.C. § 963, 952(a), 960(a)(1) and 960(b)(1), from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 50,000.00

        _X_ Unsecured Appearance Bond $ 50,000.00

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        _X_ (Other): The defendant is ordered to appear in the Southern District of Texas on 3/10/2023 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 3, 2023 at 2:30 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson